IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT BERTOLA,                              No. C-09-5428 TEH (PR)

        Petitioner,

    v.                                       ORDER OF TRANSFER

J HARTLEY, Warden,

        Respondent.
_____/

       Petitioner seeks federal habeas review of the execution of a sentence imposed by the Santa Clara County Superior Court, which lies in this judicial district. See 28 U.S.C. § 84(a). Petitioner is incarcerated at Avenal State Prison in the County of Kings, which lies in the Eastern District of California. See id. § 84(b).

       Venue in a habeas action is proper in either the district of conviction or the district of confinement. 28 U.S.C. § 2241(d); Dannenberg v. Ingle, 831 F. Supp. 767, 768 (N.D. Cal. 1993). The district of confinement, however, is the preferable forum to review the execution of a sentence. See Habeas L. R. 2254-3(b)(2); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Habeas L. R. 2254-

1  3(b)(1); <u>Laue v. Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal. 1968)
2  (district of conviction preferable forum to review conviction).
3          Because the County of Kings lies in the Eastern District
4  of California, pursuant to 28 U.S.C. § 1406(a) and Habeas Local Rule
5  2254-3(b)(2) and in the interest of justice the court orders this
6  petition TRANSFERRED to the United States District Court for the
7  Eastern District of California.
8          The Clerk shall terminate all pending motions as moot,
9  close the file and transfer this matter to the United States
10 District Court for the Eastern District of California.

12          IT IS SO ORDERED.

14 DATED   12/02/09
                                    _____
15                                  THELTON E. HENDERSON
                                    United States District Judge

26 G:\PRO-SE\TEH\HC.09\Bertola-09-5428-bph-transfer-caed.wpd

**2**